IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRIS DONNER,

Plaintiff,

vs.

CONSUMER COLLECTION
MANAGEMENT, INC.,

Defendant.                                         Case No. 15-cv-316-DRH-PMF

## ORDER

This cause comes before the Court pursuant to a Stipulation of Dismissal with prejudice (Doc. 13) filed by the parties under FEDERAL RULE OF CIVIL PROCEDURE 41(a). Accordingly, it is hereby **ORDERED** that this case is **DISMISSED with prejudice** and **WITHOUT COSTS**. The Clerk of the Court is **DIRECTED** to enter judgment in this case accordingly.

**IT IS SO ORDERED.**

Signed this 27th day of May, 2015.

Digitally signed by
David R. Herndon
Date: 2015.05.27
09:53:52 -05'00'

**United States District Judge**