UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**CHRIS DONNER,**

    Plaintiffs,

v.

**CONSUMER COLLECTION MANAGEMENT, INC.,**

    Defendant.                  No. 15-cv-316-DRH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.**   This matter is before the court on the Stipulation of Dismissal executed by plaintiffs and defendant.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 14), entered on May 27, 2015, this case is **DISMISSED** with prejudice.

                                JUSTINE FLANAGAN,
                                ACTING CLERK OF COURT

                                BY:    /s/*Caitlin Fischer*
                                      **Deputy Clerk**

Dated:   May 27, 2015

APPROVED:   Digitally signed by David R. Herndon
Date: 2015.05.27 11:04:45 -05'00'

    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT